UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>JAMES TAMBONE and ROBERT HUSSEY,<br><br>        Defendants. | Civil Action<br>No. 06-10885-NMG<br><br>**ORAL ARGUMENT REQUESTED** |

### ROBERT HUSSEY'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56(b) of the Federal Rules of Civil Procedure, Defendant Robert Hussey hereby moves for summary judgment in his favor on Plaintiff Securities and Exchange Commission's remaining claims. The grounds for this motion are set forth in the accompanying memorandum of law.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Mr. Hussey respectfully requests oral argument on this motion.

### LOCAL RULE 7.1 CERTIFICATION

I, Christopher M. Joralemon, hereby certify that on May 26, 2010 and on June 14, 2010 counsel for Mr. Hussey conferred with the Commission in a good faith effort to resolve or narrow the issues addressed in Mr. Hussey's motion.

Dated: October 8, 2010                    /s/ Christopher M. Joralemon
                                                           Christopher M. Joralemon

Respectfully submitted,

/s/ Christopher M. Joralemon
Christopher M. Joralemon
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-2668
cjoralemon@gibsondunn.com

Warren L. Feldman
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800
warren.feldman@skadden.com

*Attorneys for Robert Hussey*

Dated: October 8, 2010

## CERTIFICATE OF SERVICE

I, Christopher M. Joralemon, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on October 8, 2010.

Dated: October 8, 2010                     /s/ Christopher M. Joralemon
                                           Christopher M. Joralemon