UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

v.

JAMES TAMBONE and
ROBERT HUSSEY,

      Defendants.

**Civil Action No.: 06-10885 NMG**

## JOINT MOTION TO AMEND SCHEDULING ORDER

Now come Defendants James Tambone, Robert Hussey ("the Defendants") and Plaintiff Securities and Exchange Commission (the "SEC") and respectfully move this Court to amend the scheduling order entered on July 1, 2010 by extending the remaining deadlines approximately 90 days each. As grounds for this motion, the parties state:

1.　On July 1, 2010, the Court entered a Scheduling Order providing, among other deadlines, for the completion of fact discovery by April 30, 2011, the completion of expert discovery by August 31, 2011, the filing of dispositive motions by September 15, 2011, and trial set for February 9, 2012. The Scheduling Order also provided for the Defendants to be permitted up to 150 hours of depositions and the SEC up to 80 hours. As of this date no depositions have been taken. The parties anticipate that at least some of these depositions will be trial depositions.

2.　Since July 2010, the parties have served their initial disclosures, conducted written discovery and extensive, time-consuming document production regarding statute of limitations issues and completed briefing on Hussey's motion for summary judgment. Tambone has also served, and the SEC has responded to, interrogatories on certain aspects of the merits of

Joint Motion allowed but there will be no
further continuances. /s/ N Gorton, USDJ 3/18/11