UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No.<br>) 06-10885-NMG<br>) |
| JAMES TAMBONE and<br>ROBERT HUSSEY, | )<br>)<br>) |
| Defendants. | )<br>) |

## JOINT STIPULATION OF DISMISSAL OF THIRD CLAIM OF THE COMPLAINT

Plaintiff Securities and Exchange Commission and defendants James Tambone and Robert Hussey (collectively, the "Parties") pursuant to Fed. R. Civ. P. 41(a)(1)(ii) hereby stipulate, through their undersigned counsel, that the THIRD CLAIM of the Complaint (including paragraphs 14(c) and 106 through 110 of the Complaint), alleging Aiding and Abetting Columbia Advisors' and/or Columbia Distributor's Violations of Section 10(b) of the Exchange Act and Rule 10b-5 Thereunder, is hereby DISMISSED with prejudice.

The Parties further stipulate that no claim or allegation other than those specifically identified in this stipulation shall be dismissed at this time.

So Ordered:

_____
Honorable Nathaniel M. Gorton
United States District Judge

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Respectfully submitted,<br><br>ROBERT HUSSEY |
| By its attorneys, | By his attorneys, |
| /s/ David H. London<br>David H. London, Esq.<br>Rachel E. Hershfang, Esq.<br>Michael D. Foster, Esq.<br>UNITED STATES SECURITIES<br>    AND EXCHANGE COMMISSION<br>33 Arch Street, 23rd Floor<br>Boston, Massachusetts 02110<br>londond@sec.gov<br>fostermi@sec.gov<br>hershfangr@sec.gov | /s/ Christopher M. Joralemon<br>Christopher M. Joralemon, Esq.<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166<br>(212) 351-2668<br>cjoralemon@gibsondunn.com<br><br>Warren L. Feldman, Esq.<br>Erin E. Hayes, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br>warren.feldman@skadden.com<br>erin.hayes@skadden.com |
|  | JAMES TAMBONE |
|  | By his attorneys, |
|  | /s/ Paula J. DeGiacomo<br>A.  John Pappalardo, Esq.<br>Paula J. DeGiacomo, Esq.<br>GREENBERG TRAURIG, LLP<br>One International Place<br>Boston, Massachusetts 02110<br>(617) 310-6000<br>pappalardoj@gtlaw.com<br>degiacomop@gtlaw.com |
| Dated: March 19, 2012 |  |

CERTIFICATE OF SERVICE

      I certify that this document filed through the Court's Electronic Case Filing (ECF) system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

      /s/ David H. London
      David H. London