UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JAMES TAMBONE and ROBERT HUSSEY,<br><br>Defendants. | 1:06-CV-10885-NMG |

**FINAL JUDGMENT AS TO DEFENDANT JAMES TAMBONE**

The Securities and Exchange Commission having filed a Complaint and Defendant James Tambone having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant is liable for disgorgement of $26,687, representing compensation gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $15,344.38, and a civil penalty in the amount of $75,000 pursuant to Section 20(d) of the Securities Act of 1933 [15 U.S.C. § 77(t)(d)] and Section 21(d)(3) of the Securities Exchange Act of 1934 [15 U.S.C. §78u(d)(3)]. Defendant shall satisfy this obligation by paying $117,031.38 within 14 days after entry of this Final Judgment by certified check, bank cashier's check, or United States postal

money order payable to the Securities and Exchange Commission. The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, 100 F Street, NE, Stop 6042, Washington DC 20549, and shall be accompanied by a letter identifying James Tambone as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment. Defendant shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961. The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury.

II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

Dated: __May 7__, 2012

_Nathaniel M. Gorton_
THE HONORABLE NATHANIEL M. GORTON
UNITED STATES DISTRICT JUDGE